MRM:OG
F. #2021R00380

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA

- against -

ALAN NELSON,

           Defendant.

------------------------------X

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★   JUN 02 2023   ★

LONG ISLAND OFFICE

I N F O R M A T I O N

Cr. No. **CR 23 213**
(T. 21, U.S.C., §§ 841(a)(1),
841(b)(1)(C), 853(a) and 853(p); T. 18,
U.S.C., §§ 2 and 3551 et seq.)

**BROWN, J.**

**DUNST, M.J.**

THE UNITED STATES ATTORNEY CHARGES:

<u>DISTRIBUTION OF OXYCODONE</u>

    1.    On or about and between November 6, 2020 and October 27, 2021, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant ALAN NELSON, together with others, did knowingly and intentionally distribute and possess with intent to distribute one or more substances containing oxycodone, a Schedule II controlled substance, to John Doe, an individual whose identity is known to the United States Attorney, without authorization pursuant to Title 21, United States Code, Chapter 13, Subchapter I, to wit: the authorization for an individual practitioner acting in the usual course of his professional practice to issue a prescription for a controlled substance for a legitimate medical purpose and to dispense a Schedule II controlled substance.

    (Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Sections 2 and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

2. The United States hereby gives notice to the defendant that, upon his conviction of the offense charged herein, the government will seek forfeiture in accordance with Title 21, United States Code, Section 853(a), which requires any person convicted of such offense to forfeit: (a) any property constituting, or derived from, any proceeds obtained directly or indirectly as the result of such offense; and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 21, United States Code, Sections 853(a) and 853(p))

*By Carolyn Pokorny, Assistant U.S. Attorney*

BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2021R00380

FORM DBD-34
JUN. 85

No. _____

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 12 2023 ★

LONG ISLAND OFFICE

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

## THE UNITED STATES OF AMERICA

*vs.*

ALAN NELSON,

Defendant.

# INFORMATION

(T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(C), 853(a) and 853(p); T. 18, U.S.C., §§ 2 and 3551 et seq.)

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
*Clerk*

*Bail, $* _____

_____

*Oren Gleich, Assistant U.S. Attorney (631) 715-7889*